IN THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>Alec A. Veatch<br><br>Debtor.<br><br>Melanie L Grimm and John C. Grimm, individually and as parents and next friends of E.R.L.<br><br>Plaintiffs,<br><br>v.<br><br>Alec. A. Veatch<br><br>Defendant. | CASE NO. 22-00514-als7<br><br>Adversary No. 22-30018<br><br>Chapter 7<br><br><br>**STIPULATED ORDER FOR JUDGMENT**<br><br>*Date entered on docket: September 14, 2022* |

THIS MATTER comes before the Court on creditors', Melanie L. Grimm and John C. Grimm's (hereafter "Grimms"), Complaint to except from discharge their claim/debt against Debtor, Alec A. Veatch (hereafter "Veatch"), under Bankruptcy Code 523. Notice having been sent to all parties of interest and the deadline to respond having passed, the parties have reached an agreement regarding the following stipulated findings and the Order of this Court.

1. On May 23, 2022, the Grimms filed a Petition against Veatch and the City of Pleasantville, Iowa in the Iowa District Court for Marion County ("Marion County Case"). Case No. CVCV097889.

2. The causes of action that the Grimms allege against Veatch in their Petition filed in the Marion County Case, if proven at trial or otherwise consented to, constitute debts that

1

are exempt from discharge pursuant to 11 U.S.C § 523(a)(6) for willful and malicious injury.

3. That Veatch agrees that any civil liability that he incurs from the Marion County Case is nondischargeable debt pursuant to 11 U.S.C § 523(a)(6).

4. That Veatch consents to the entry of judgment against him on Plaintiffs' Section 523 claim.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED**

5. That the Grimms shall and do have claims against Veatch which, if reduced to judgment or otherwise consented to by Debtor, constitute debts subject to exemption from discharge pursuant to 11 U.S.C § 523(a)(6).

6. That judgment on the Grimms' Complaint is entered against Veatch.

7. The debts as yet established by judgment or otherwise consented to by Debtor in the Marion County Case shall be nondischargeable and shall remain nondischargeable in any future bankruptcy Petition or action.

8. That the claims against Veatch in the Marion County Case shall be allowed to proceed as neither a violation of automatic stay nor discharge.

9. That the terms herein constitute the full and complete agreement between the parties.

/s/ Anita L. Shodeen
The Honorable Anita Shodeen
United States Bankruptcy Judge

Parties receiving this Order from the Clerk of Court:
Electronic Filers in this Chapter Case

Approved as to form:

*[signature]*
Jacob Kerns
4225 University Ave.
Des Moines, IA 50311
(515) 276-7211
jake@markslawdm.com
ATTORNEY FOR DEBTOR

*[signature]*
Brian J. Lalor
2501 Grand Ave. Ste. B
Des Moines, IA 50312
515-281-1475
blalor@2501grand.com
ATTORNEY FOR CREDITORS