**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF IOWA**

In re
**Alec A. Veatch**  Case No. **22-0054-als7**

       Debtor(s)

**Melanie L. Grimm and John C. Grimm
Individually and as parents and
next friends of E.R.L.**  Adv. Pro. No. **22-30018-als**

       Plaintiff(s)

v.

**Alec. A. Veatch**

       Defendant(s)

**JUDGMENT**
**(date entered on docket:  September 14, 2022)**

Pursuant to the Order entered today at docket number 6,

**IT IS ORDERED AND ADJUDGED that:**

(1) Judgment is entered according to the terms of the stipulation; and

(2) Parties shall cover their own costs.

                                                /s/  Anita L. Shodeen
                                                Anita L. Shodeen
                                                U.S. Bankruptcy Judge

Parties receiving this Order from the Clerk of Court:
☒ Electronic Filers in this Adversary Proceeding
☐ Others: